**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Clerk, U.S. District Court
Southern District of Texas
ENTERED

**FEB 20 1998**

Michael N. Milby, Clerk

| | |
|---|---|
| MARGARET FARNSWORTH, | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | § |
| | § |
| PAINEWEBBER INCORPORATED | § |
| and HAROLD LeSAGE | § |
| | § |
| Defendants. | § |

CIVIL ACTION NO. _H 97-4035_

## ORDER

On this date came on to be considered the Unopposed Application for Confirmation of an

Arbitration Award filed by Defendants PaineWebber Incorporated and Harold LeSage. The Court

finds that the Application should be granted. It is, therefore,

ORDERED that the matter which is the subject of NASD arbitration proceeding no. 96-02607

be expunged from the NASD Central Registration Depository Record of Defendant Harold LeSage.

SIGNED at Houston, Texas this _20th_ day of _February_, 199 _8_ .

UNITED STATES DISTRICT JUDGE

#3